Date: 10/08/10          DIVIDENDS REMITTED TO THE COURT      1511 00      Page: 1

Check Number 109 Dated 10/08/10
Case Number 08-13967 - CISTRUNK, SHAABANI T

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Division of Water | 000005 | 180.90 | 3.11 |
| P.O. Box 94540 | | | |
| Cleveland, OH 44101 | | | |
| (5-1) unpaid compensation for services performed 3/31/08-5/27/07 | | | |
| (5-1) alaisaj_richardson@clevelandwater.com 01017257005-2 | | | |

ck 109

---------- Remittance Total ----------------       180.90      3.11

_____
DAVIS, STEVEN S., Trustee



FILED 2010 OCT -8 PM 3:15 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND

COURT1   08-13967-aih    Doc 41    FILED 10/08/10     ENTERED 10/12/10 07:51:20     Page 1 of 1
Printed: 10/08/10 07:59 AM     Ver: 16.00